IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

F I L E D
Clerk
District Court
DEC 13 2016
for the Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| ERIC AGULTO BORJA,<br><br>        Plaintiff,<br><br>        v.<br><br>ROME RESEARCH CORPORATION and DOES 1-5,<br><br>        Defendants. | CIVIL ACTION 16-00005<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

The Court, based on the stipulation of the parties (ECF No. 30), the pleadings and other papers filed in this matter, the applicable law, and good cause shown, hereby enters the following ORDERS:

This lawsuit is hereby dismissed with prejudice. Each party shall bear their own attorney's fees and costs.

The Court retains jurisdiction over this matter in order to enforce the provisions of the settlement agreement.

SO ORDERED this 13th day of December, 2016.

                                                                        _____
                                                    **HON. RAMONA V. MANGLONA**
                                                               Chief Judge